UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIGITAL 1 MEDIA, INC.,

    Plaintiff,
v.                           Case No. 8:09-cv-1097-T-33TBM

ANDREW VAN ALMEN, ET AL.,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Thomas B. McCoun's Report and Recommendation (Doc. # 31), filed on July 27, 2010, recommending that Plaintiff's Motion for Attorney's Fees and Costs Under 28 U.S.C. § 1447(c) (Doc. # 19) be granted in part and denied in part.

As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

**Analysis**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright,

681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 31) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's Motion for Attorney's Fees and Costs Under 28 U.S.C. § 1447(c) (Doc. # 19) is **GRANTED** to the extent

that Plaintiff is awarded $3,126.00 in attorney's fees.

The Motion is otherwise denied.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>16th</u> day of August 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record